## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

TRUSTEES OF THE PAINTERS
UNION DEPOSIT FUND, a Voluntary
unincorporated trust,   Case No. 2:19-cv-12267
                        HON. Paul D. Borman

    Plaintiff,

v.

DEEPALI CO., LLC,

    Defendant.
_____/
FINKEL WHITEFIELD SELIK
MARK MERLANTI (P35804)
Attorneys for Plaintiff
32300 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-1567
248/855-6500
_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE AND WITHOUT COSTS

This matter having come before the Court pursuant to the Plaintiff's request at its Complaint be dismissed without prejudice and without costs,

IT IS ORDERED that the Complaint filed by Plaintiff in this action is dismissed without prejudice and without costs.

SO ORDERED.

Dated: October 16, 2019                    s/Paul D. Borman
                                                         Paul D. Borman
                                                         United States District Judge